UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ANTHONY J. BRODZKI,
          Plaintiff,

v.

STATION CASINOS, INC.,
          Defendant.

2:11-cv-01851-PMP -VCF

**O R D E R**

Before the court is plaintiff Anthony Brodzki's Amended Complaint. (#3). On November 17, 2011, plaintiff filed a motion/application to proceed *in forma pauperis* (#1), and attached his complaint (#1-1) thereto. Plaintiff's complaint was in the form of a one-paragraph letter, and asserted several claims against Texas Station Casino. (#1-1). In granting the plaintiff's motion/application to proceed *in forma pauperis* (#2), the court ordered the plaintiff to file an amended complaint on the template provided by the court.

On December 9, 2011, plaintiff filed his amended complaint (#3). Therein, he asserts claims for violations of the First and Fourth Amendments, 42 U.S.C. 1983, and 18 U.S.C. 1842, as well as claims for defamation, slander, libel, and assault and battery. (#3). Since plaintiff is proceeding *in forma pauperis* and has filed an amended complaint per the court's order, the Marshals shall serve the amended complaint (#3) on the named defendants.

Accordingly, and for good cause shown,

IT IS ORDERED that the Clerk of the Court shall issue summons to the defendants named in the complaint, deliver the same to the U.S. Marshal for service, and send blank copies of the USM-285 forms to the plaintiff.

IT IS FURTHER ORDERED that the plaintiff shall have twenty (20) days to furnish to the U.S. Marshal the required USM-285 forms. Within twenty (20) days after plaintiff receives copies of the

completed USM-285 forms from the U.S. Marshal, plaintiff must file a notice with the court identifying which defendants were served and which were not served, if any. If the plaintiff wishes to have the U.S. Marshal attempt service again on any unserved defendants, then a motion must be filed with the court identifying the unserved defendants, specifying a more detailed name and address, and indicating whether some other manner of service should be used. Pursuant to the Federal Rules of Civil Procedure Rule 4(m), service must be accomplished within one hundred twenty (120) days from the date that the complaint was filed.

IT IS FURTHER ORDERED that from this point forward, plaintiff shall serve upon defendants, or their attorney if they have retained one, a copy of every pleading, motion, or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or their counsel. The court may disregard any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate of service.

DATED this 22nd day of December, 2011.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**