UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTHONY J. BRODZKI,  )
                       Plaintiff,  )
                                     )          2:11-CV-01851-PMP-VCF
v.  )
                                     )
STATION CASINOS, INC. and BILL  )          ORDER
YOUNG,  )
                                    )
             Defendants.  )
————————————————  )

      IT IS ORDERED that Plaintiff's Motion for Summary Judgment (Doc. #7),

Motion for Injunction (Doc. #8), and Motion for TRO (Doc. #10) are hereby DENIED

without prejudice to renew after proof of service of the Amended Complaint is provided to

the Court.

DATED:  February 2, 2012

_____
PHILIP M. PRO
United States District Judge