Case 2:11-cv-01851-PMP-VCF   Document 11   Filed 02/03/12   Page 1 of 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ANTHONY J. BRODZKI,

    Plaintiff,

v.

STATION CASINOS, INC. and BILL YOUNG,

    Defendants.

2:11-CV-01851-PMP-VCF

ORDER

IT IS ORDERED that Plaintiff's Motion for Summary Judgment (Doc. #7), Motion for Injunction (Doc. #8), and Motion for TRO (Doc. #10) are hereby DENIED without prejudice to renew after proof of service of the Amended Complaint is provided to the Court.

DATED: February 2, 2012

PHILIP M. PRO
United States District Judge