UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTHONY J. BRODZKI,                )
                                   )
                 Plaintiff,        )
                                   )         2:11-CV-01851-PMP-VCF
        v.                         )
                                   )
STATION CASINOS, INC. and BILL     )         ORDER
YOUNG,                             )
                                   )
                 Defendants.       )
                                   )

        IT IS ORDERED that Plaintiff's Motion for Temporary Restraining Order (Doc.

#12) is hereby DENIED.


DATED:  February 13, 2012

                                   _____
                                   PHILIP M. PRO
                                   United States District Judge