UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY J. BRODZKI,<br><br>        Plaintiff,<br><br>v.<br><br>STATION CASINOS, INC. and BILL YOUNG,<br><br>        Defendants. | 2:11-CV-01851-PMP-VCF<br><br>ORDER |

       IT IS ORDERED that Plaintiff's Motion for Temporary Restraining Order (Doc. #12) is hereby DENIED.

DATED:  February 13, 2012

_____
PHILIP M. PRO
United States District Judge