UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY J. BRODZKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:11-CV-01851-PMP-VCF |
| | ) |
| STATION CASINOS, INC. and BILL | ) ORDER |
| YOUNG, | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS ORDERED that Plaintiff's Motion for Temporary Restraining Order (Doc. #14) is hereby DENIED.

DATED:  February 14, 2012

_____
PHILIP M. PRO
United States District Judge