UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY J. BRODZKI, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CV-01851-PMP-VCF |
| STATION CASINOS, INC. and BILL YOUNG, | ) ORDER |
| Defendants. | ) |

IT IS ORDERED that Plaintiff's Motion for Temporary Restraining Order (Doc. #14) is hereby DENIED.

DATED: February 14, 2012

_____
PHILIP M. PRO
United States District Judge